John Donovan, Respondent, v. Edward H. Harriman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Henry Edmond Steel, Respondent, v. John W. Knight and Others, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Mechanics and Traders' Bank, Respondent, v. J. W. O'Bannon, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Hans Becker, Appellant, v. Luke A. Burke and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Adolph Bauman, Respondent, v. Lippman Tannenbaum, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Joseph Camino, Appellant, v. William J. Hamilton, Respondent.— Order modified so as to require the defendant, in addition to the terms imposed by the order, to pay ten dollars costs of motion, thirty dollars trial fee, and the disbursements of the inquest and entry of judgment, and as so modified affirmed, without costs. No opinion. Settle order on notice.

Josephine Ofner, Respondent, v. Fernando M. Guinzburg, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Louis Bookbinder, Respondent, v. New York Millinery and Supply Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Universal Talking Machine Manufacturing Company, Appellant, v. Duffy-McInnerney Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Eugen Wegner, Respondent, v. Samuel O. Vanderpoel, Sued Herein as William Vanderpoel, Appellant.— Order modified by limiting the examination of the defendant to the question as to the ownership of the machine, and the person in charge and his relation to the defendant. As so modified affirmed, without costs. No opinion. Settle order on notice.

The People of the State of New York v. Charles Baker.— Motion denied on terms stated in order.

The People of the State of New York v. Samuel Kahn.— Motion granted.

The People of the State of New York v. James Pramo.— Motion granted.

The People of the State of New York v. Alexander Sheiff.— Motion granted.

Charles D. Miller v. Ætna Life Insurance Company.— Motion granted, with ten dollars costs.

In the Matter of John McGovern, Deceased.— Motion granted, with ten dollars costs.

Providenza Maggio v. A. H. Meyer Company.— Motion granted, with ten dollars costs.

Jardine Matheson and Company v. Edward Denbosky and Another.— Application denied, with ten dollars costs. Order signed.

Julius I. Bacot v. Levi A. Fessenden.— Motion denied, with ten dollars costs.